USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2024

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SANJAY SOOKUL,

        Plaintiff,

v.

BESPOKEN SPIRITS INC.,

        Defendant.

Case No. 1:23-cv-10168-MKV

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice, with each party to bear its own legal fees and costs.

**MARS KHAIMOV LAW, PLLC**

By: _____
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, New York 11801
(929) 324-0717

*Attorneys for Plaintiff*
*Sanjay Sookul*

Dated: _____

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _____
Sara L. Shudofsky, Esq.
250 W 55th Street
New York, NY 10019
(212) 836-7922

*Attorneys for Defendant*
*Bespoken Spirits Inc.*

Dated: 05/03/2024

---

**GRANTED. This dismissal with prejudice is pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. SO ORDERED.**

Date: 5/10/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge